In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK Relative to Opening Lorillard Place from Third Avenue to Pelham Avenue.

THE BETH EDEN BAPTIST CHURCH, Appellant; CHARLES A. TATUM, Respondent.

*Matter of Mayor, etc., of N. Y. (Lorillard Place)*, 114 App. Div. 904, affirmed.
(Argued February 20, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1906, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Richard Krause* for appellant.

*Frank H. Edmunds* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.